# MARIANNE T. O'TOOLE

United States Bankruptcy Trustee
20 Valley Road, Suite One
Katonah, New York 10536
Telephone: (914) 232-1511

March 17, 2010

Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

      Re:  In re William Byrd Whymark and Katherine Elizabeth Whymark
          Case No. 09-23815 (RDD)

Clerk:

I am the Trustee in the above referenced Chapter 7 case.

This case was originally classified as a no asset case.  It appears that there may be assets in this case for distribution to creditors and that payment of a dividend may be possible.  Please send a notice to all creditors advising them of the possibility of payment of a dividend and that they may file claims.

Very truly yours,

s/ Marianne T. O'Toole

MARIANNE T. O'TOOLE
Chapter 7 Trustee