Marianne T. O'Toole
Chapter 7 Trustee
20 Valley Road, Suite One
Katonah, NY 10536
(914) 232-1511

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
AT WHITE PLAINS
-----------------------------------------------------------x
In re:                                                                          Chapter 7
                                                                                     Case No: 09-23815 (RDD)
WILLIAM BYRD WHYMARK and KATHERINE
ELIZABETH WHYMARK,

                                     Debtors.
-----------------------------------------------------------x

## **NOTICE OF ABANDONMENT**

**TO: ALL INTERESTED PARTIES**

       In accordance with 11 U.S.C. §554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure, notice is given by Marianne T. O'Toole, the chapter 7 trustee (the "Trustee") of the estate of William Byrd Whymark and Katherine Elizabeth Whymark (the "Debtors"), of the proposed abandonment of "all of the Trustee's right, title and interest", if any, in and to the real property known as and located at 83 High Street, Armonk, New York 10504 (the "Real Property"). The Trustee has determined that the Real Property is subject to liens in excess of the value of the Real Property.  Therefore, a sale of the Real Property would not produce proceeds for the benefit of the creditors of the estate.  Based on all facts known by the Trustee, the Real Property has been deemed to have an inconsequential value to the estate.

       Objections ("Objections") to the Trustee's proposed abandonment of the Real Property shall be (i) made in writing, (ii) filed with the Court electronically in accordance with General Order M-242 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court at White Plains, 300 Quarropas Street, White Plains, New York 10601, and (iii) served in accordance with General Order M-242 or other form upon Marianne T. O'Toole, Chapter 7 Trustee, 20 Valley Road, Suite One, Katonah, New

York, 10536, no later than **June 4, 2010 at 4:30 p.m.**

If Objections are timely filed, a hearing to consider the Objections may be scheduled by the Court.

If no Objections are received by the foregoing deadline, the abandonment of the Real Property will be effective as of 12:01 a.m. on June 5, 2010 in accordance with applicable bankruptcy law.

Dated: Katonah, New York
      May 20, 2010                    Marianne T. O'Toole,
                                      Chapter 7 Trustee for the Estate of
                                      William Byrd Whymark and Katherine
                                      Elizabeth Whymark

                              By:    <u>/s/ Marianne T. O'toole</u>
                                        Marianne T. O'Toole
                                        20 Valley Road, Suite One
                                        Katonah, New York 10536
                                        (914) 232-1511