# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: awilrodri | Date Created: 5/28/2010 |
| Case: 09–23815–rdd | Form ID: b18 | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        OneWest Bank, FSB
unk       National Bankruptcy Services
5018080   OneWest Bank, FSB

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
tr        Marianne T. O'Toole      trustee@otoolegroup.com, NY75@ecfcbis.com
aty       David Waltzer            waltzer@waltzerlawgroup.com, wdr@waltzerlawgroup.com
aty       Linda Manfredi           lmanfredi@flwlaw.com
aty       Marianne T. O'Toole      trustee@otoolegroup.com, NY75@ecfcbis.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        William Byrd Whymark        32 Crow Hill Rd         Mount Kisco, NY 10549
jdb       Katherine Elizabeth Whymark   32 Crow Hill Rd       Mount Kisco, NY 10549
ust       United States Trustee       33 Whitehall Street     21st Floor      New York, NY 10004
5041413   BAC Home Loan Servicing LP    7105 Corporate Drive    Plano TX 75024
4975142   BANK OF AMERICA          P.O. BOX 17054      WILMINGTON, DE 19884
4975143   BANK OF AMERICA MORTGAGE       205 PARK CLUB LANE      P.O. BOX 9000      BUFFALO, NY 14231–9000
4975144   BMW FINANCIAL SERVICES NA       DEPT. 0780       COLUMBUS, OH 43271–0780
4975145   CHASE MANHATTAN       AUTO,BKY &PROBATE DEPART       900 STEWART AVENUE       GARDEN CITY, NY 11530
4975146   CITIBANK       BANKRUPTCY DEPARTMENT       P.O. BOX 20487       KANSAS CITY, MO 64153
4975147   CONTE ELECTRIC       34 BROOK ST       CROTON ON HUDSON, NY 10520
4975148   DEUTSCHE BANK NATIONAL TRUST       C/O SHAPIRO &DICARO LLP       250 MILE CROSSING BLVD STE 1       ROCHESTER, NY 14624
4975149   FRENKEL LAMBERT LLP       20 WEST MAIN ST.       BAY SHORE, NY 11706
4975150   INDI MAC BANK       P.O. BOX 78826       PHOENIX, AZ 85062–8826
4975151   IRS – INTERNAL REVENUE SERVICE       POST OFFICE BOX 21126       PHILADELPHIA, PA 19114
4975152   ONE WEST BANK FSB       6900 BEATRICE DRIVE       KALAMAZOO, MI 49009
5139500   PYOD LLC its successors and assigns as assignee of       Citibank       c/o Resurgent Capital Services       PO Box 19008       Greenville, SC 29602–
4975153   SEARS       BANKRUPTCY DEPARTMENT       P.O. BOX 20363       KANSAS CITY, MO 64195–0363
4975154   SHAPIRO &DICARO       250 MILE CROSSING BLVD       SUITE ONE       ROCHESTER, NY 14624

TOTAL: 18