

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617

RECEIVED AUG 17 2011

August 12, 2011

Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green, Room 631
New York NY 10004-1408

Re: Claim withdrawal for William & Katherine Whymark
    Docket #: 09-23815 RDD

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Original Administrative Expense proof of claim(claim #6) in the amount of $ 68.75 with a statement date of 07/06/2010 and the Original Pre Petition proof of claim(claim #7) in the amount of $1,097.93 with a statement date of 09/28/2010. There is no surviving Administrative Expense or Pre Petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Tax Compliance Representative

cc: David Demeter