**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: William Byrd Whymark and Katherine Elizabeth Whymark   CASE NO.: 09–23815–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 7
xxx–xx–4353    xxx–xx–3880

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Marianne T. O'Toole is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 17, 2012

                                                    Robert D. Drain, Bankruptcy Judge